JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
ISAAC C. WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



FILED
U.S. DISTRICT COURT

2016 DEC 14  5: 04

DISTRICT OF UTAH

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATIONS: |
| vs. | Count 1: 26 U.S.C. § 5861(a), Unlawfully Engaging in the Business of Manufacturing Machineguns; Count 2: 18 U.S.C. § 922(o), Illegal Possession and Transfer of Machineguns. |
| SCOTT RAY BISHOP, | |
| Defendant. | |
| | Case: 2:16-cr-00662  Assigned To : Benson, Dee  Assign. Date : 12/14/2016  Description: USA v. |

The Grand Jury charges:

### COUNT 1
26 U.S.C. § 5861(a)
(Unlawfully Engaging in the Business of Manufacturing Machineguns)

On a date unknown to the Grand Jury and continuing up to and including April, 2016, in the Central Division of the District of Utah,

SCOTT RAY BISHOP,

defendant herein, knowingly engaged in the business of manufacturing and dealing in firearms, to wit: machinegun conversion devices for AR-15 style rifles, without having paid the special occupational tax required by 26 U.S.C. § 5801 and without having registered as required by 26 U.S.C. § 5802; all in violation of 26 U.S.C. § 5861(a).

## COUNT 2
18 U.S.C. § 922(o)
(Illegal Possession and Transfer of Machineguns)

Beginning no later than April 03, 2013 and continuing through April 5, 2016, in the Central Division of the District of Utah,

SCOTT RAY BISHOP,

defendant herein, knowingly possessed and transferred machineguns, to wit: machinegun conversion devices for AR-15 style rifles; all in violation of 18 U.S.C. § 922(o).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
J. DREW YEATES
Assistant United States Attorney

2