KATHRYN N. NESTER, Federal Public Defender (#13967)
SPENCER W. RICE, Assistant Federal Public Defender (#10281)
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah    84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **MOTION FOR *FARETTA* HEARING** |
| Plaintiff, | **(Expedited Review Requested)** |
| vs. | |
| SCOTT RAY BISHOP, | Case No. 2:16-cr--00662 DB |
| Defendant. | Honorable Dee Benson |

Defendant, Scott Ray Bishop, by and through his attorney of record, Spencer W. Rice, Assistant Federal Public Defender, hereby expresses his sincere desire to represent himself during his criminal jury trial that is scheduled on January 16, 2018.   Mr. Bishop requests that the Court conduct a *Faretta* hearing as soon as possible so that Mr. Bishop can exercise his right to self-representation.   *See Faretta v. California*, 422 U.S. 806 (1975).

Defendant asks the Court to set a hearing at the earliest possible date.

DATED this 28th day of November, 2017.

*/s/ Spencer W. Rice*
Spencer W. Rice
Assistant Federal Public Defender