# QUALIFICATIONS OF MICHAEL C. POWELL

I, Michael C. Powell, hereby declare and state:

That I am currently a Firearms Enforcement Officer, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Martinsburg, WV.

That from June 2004 until present, my duties as a Firearms Enforcement Officer have included the following:

- Providing technical information regarding firearms identification, operation, and design for the purpose of assisting the Bureau, the law enforcement community, the firearms industry, and the public in general in the implementation of the Gun Control Act of 1968 (GCA), its amendments, and the National Firearms Act (NFA).
- Conducting examinations and testing of firearms and related materials submitted as evidence by Bureau agents, as well as other Federal, State, and local law enforcement agencies.
- Preparing technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law.
- Conducting examinations and classifications of submitted prototype firearms or related devices.
- Evaluating all types of firearms for import classifications.
- Determining origin and classification of ammunition.
- Preparing official Bureau responses to written inquiries from the firearms industry, as well as the public in general.
- Maintaining the Firearms Technology reference library, which includes over 2,000 books, catalogs, and official correspondence relating to the firearms field.
- Assisting in maintaining the ATF Firearms Reference Collection, which includes approximately 15,000 firearms of all types.

That I have attended the following formal firearms training courses:

- Beretta pistol armorer course, Accokeek, MD
- Glock pistol armorer course, Smyrna, GA
- Glock pistol armorer Course, Martinsburg, WV
- Heckler & Koch rifle and pistol armorer course, Sterling, VA
- Remington shotgun and rifle armorer course, Ilion, NY
- SIGARMS pistol armorer course, Exeter, NH
- SIG Sauer pistol armorer course, Martinsburg, WV
- SIG Sauer M16/M4/AR15 rifle armorer course, Epping, NH
- Smith & Wesson revolver armorer course, Springfield, MA
- Fabrique Nationale (FN) armorer course, Martinsburg, WV
- English and European Double Shotguns, Murray State College, Tishomingo, OK

That I have received training in firearm silencer design and operation at Gemini Technologies, Inc. (GEMTECH), in Boise, Idaho.

That I have toured the following firearms factories:

- ADCOR Defense, Baltimore, MD
- Armalite, Geneseo, IL
- Les Baer Custom, LeClaire, IA
- Beretta U.S.A., Accokeek, MD
- Cobra Enterprises, Salt Lake City, UT
- Colt's Manufacturing Company, West Hartford, CT
- Defense Procurement Manufacturing Services (DPMS), Huntsville, AL
- Desert Tech, West Valley City, UT
- Double Star Corp., Winchester, KY
- Fabrique Nationale Manufacturing, Inc., Columbia, SC
- Glock U.S.A., Smyrna, GA
- H&R 1871, LLC, Gardener, MA
- Hi-Point Firearms, Mansfield, OH
- Keystone Sporting Arms, Milton, PA
- Lewis Machine & Tool Company, Milan, IL
- Marlin Firearms Co., North Haven, CT
- North American Arms, Provo, UT
- O.F. Mossberg & Sons, Inc., North Haven, CT
- Para USA, Charlotte, NC
- Remington Arms, Huntsville, AL
- Remington Arms, Ilion, NY
- Rock River Arms, Colona, IL
- Savage Arms, Westfield, MA
- L.W. Schneider, Inc., Princeton, IL
- SIGARMS, Exeter, NH
- Smith & Wesson, Springfield, MA
- Springfield Armory, Geneseo, IL
- Sturm, Ruger & Co., Newport, NH
- Superior Arms, Wapello, IA
- United States Fire Arms Mfg. Co., Hartford, CT
- Taurus International Mfg., Inc., Miami, FL
- Wise Lite Arms, Boyd, TX

That I have toured the following firearm silencer factories:

- Advanced Armament Corp. (AAC), Huntsville, AL
- Desert Tech, West Valley City, UT
- GEMTECH, Boise, ID
- Operators Suppressor Systems (OSS), Murray, UT
- SilencerCo, West Valley City, UT

That I have toured the following ammunition factories:

- Alliant Powder, Radford Army Ammunition Plant, Radford, VA
- Barnes Bullets, Mona, UT
- CCI / Speer, Lewiston, ID
- Federal Cartridge, Anoka, MN
- Fiocchi, Ozark, MO
- Kent Cartridge, Kearneysville, WV
- Lake City Army Ammunition Plant, Independence, MO
- Remington, Lonoke, AR
- Sierra Bullet, Sedalia, MO
- Starline Brass, Sedalia, MO
- Winchester, East Alton, IL

That I have toured the following museums that display firearms as part of their collection:

- John M. Browning Firearms Museum, Ogden, UT
- National Firearms Museum (NRA), Fairfax, VA
- National Park Service, Springfield Armory, Springfield, MA
- Rock Island Arsenal Museum, Rock Island, IL
- Smithsonian Institution, Museum of American History, Washington, DC
- U.S. Army Ordnance Museum, Aberdeen Proving Grounds, Aberdeen, MD
- U.S. Marine Corps Museum, Quantico, VA
- U.S. Navy Museum, Washington Navy Yard, Washington, DC

That I have previously testified in the following courts as an expert witness regarding the identification, operation, or design of firearms:

- U.S. District Court, Atlanta, GA, June 2005
- U.S. District Court, Boise, ID, November 2005
- U.S. District Court, Springfield, MO, August 2006
- U.S. District Court, South Bend, IN, October 2006
- U.S. District Court, Detroit, MI, August 2007
- U.S. District Court, Albuquerque, NM, August 2007
- U.S. District Court, Philadelphia, PA, October 2007
- U.S. District Court, Little Rock, AR, November 2007
- U.S. District Court, Concord, NH, March 2008
- U.S. District Court, Statesboro, GA, May 2008
- U.S. District Court, Orlando, FL, June 2008
- U.S. District Court, Albany, NY, November 2008
- U.S. District Court, Santa Ana, CA, March 2009
- U.S. District Court, Concord, NH, July 2009
- U.S. District Court, Corpus Christi, TX, September 2009
- U.S. District Court, Greenbelt, MD, April 2010
- U.S. District Court, Columbia, SC, May 2010

- U.S. District Court, San Jose, CA, May 2010
- U.S. District Court, Denver, CO, June 2010
- U.S. District Court, Lexington, KY, June 2010
- U.S. District Court, Denver, CO, September 2010
- U.S. Military Court, Fort Lee, VA, January 2011
- U.S. District Court, Baltimore, MD, July 2011
- U.S. District Court, Orlando, FL, August 2011
- U.S. District Court, Detroit, MI, March 2012
- U.S. District Court, Medford, OR, June 2012
- U.S. District Court, Boston, MA, June 2012
- U.S. District Court, Riverside, CA, June 2012
- U.S. District Court, Detroit, MI, September 2012
- State of Wisconsin, Milwaukee County, Milwaukee, WI, February 2014
- U.S. District Court, Clarksburg, WV, February 2015

That I have received formal training from the ATF Office of Chief Counsel pertaining to statutes, regulations, and rulings of the Gun Control Act and National Firearms Act.

That I completed the Firearms Interstate Nexus Training Course in Martinsburg, WV.

That I received Advanced Firearms Interstate Nexus Training in NH, MA, and CT.

That I received Advanced Ammunition Interstate Nexus Training in AR and MO.

That I completed the Law Enforcement Instructor Training Program at the Federal Law Enforcement Training Center (FLETC), Glynco, GA.

That I am a certified instructor at the ATF National Academy, FLETC, Glynco, GA.

That I have trained ATF Special Agents and Industry Operations Investigators in firearms and ammunition identification, operation, and classification at the FLETC, Glynco, GA.

That I have trained ATF Special Agents in Firearms and Ammunition Interstate Nexus procedures.

That I have trained ATF Special Agents in identification of machinegun conversion methods.

That I have trained members of the California Gang Investigators Association (CGIA) in (1) the identification of disguised firearms and (2) the identification of machinegun conversion methods at the 2015 CGIA National Gang Violence Conference, Anaheim, CA.

That I have trained members of the Association of Firearms & Toolmark Examiners (AFTE) in (1) principles of firearm silencer design and operation and (2) identification of machinegun conversion methods at the 2009 AFTE Convention, Miami Beach, FL.

That I have trained Mexican Government officials in firearms identification procedures.

That I have trained Guatemalan Government officials in firearms identification procedures.

That I have trained El Salvadoran Government officials in firearms identification procedures.

That I have trained Paraguayan Government officials in firearms identification procedures.

That I have trained Federal Air Marshalls in the identification of disguised firearms.

That I have trained Customs and Border Protection Officers in firearms and ammunition identification procedures.

That I have attended the Principles of Acoustics and the Measurement of Sound training course conducted by Bruel & Kjaer, North America.

That from 1977 until 2003, I served in the United States Air Force and retired with an honorable discharge after twenty six (26) years of active duty.  Some of my duties included the following:

- Serving as an International Arms Control Inspector for four (4) years, conducting highly intrusive, politically sensitive inspections of former Soviet Union air, sea, and ground-based nuclear forces under the auspices of the Strategic Arms Reduction Treaty and the Intermediate Range Nuclear Forces Treaty.
- Examining, identifying, and classifying of nuclear weapons and delivery systems encountered during these inspections at former Soviet Union facilities.
- Preparing technical reports with respect to design, size, construction, and operational capabilities of the nuclear weapons and delivery systems encountered during arms control inspections at former Soviet Union facilities.
- Maintaining U.S. nuclear intercontinental ballistic missiles and nuclear air-launched cruise missiles in readiness condition for over 20 years.

That I received formal firearms training during my service in the United States military.

That I have an Associate in Science Degree from the Community College of the Air Force (1985).

That I have a Bachelor of Science Degree from Excelsior College, Albany, NY (1989).