KATHRYN N. NESTER, Federal Public Defender (#13967)
SCOTT KEITH WILSON, Assistant Federal Defender (#7347)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEAL |
| Plaintiff, | |
| v. | Case No. 2:16-CR-662 DB |
| SCOTT RAY BISHOP, | |
| Defendant. | |

Defendant, Scott Ray Bishop, by and through his Attorney, Scott Keith Wilson, Assistant Federal Public Defender, and pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, hereby gives notice of his appeal of the final judgment of this court, entered in this action on the 25th day of May, 2018, to the United States Court of Appeals for the Tenth Circuit.

RESPECTFULLY SUBMITTED this 8th day of June, 2018.


/s/   Scott Keith Wilson
Assistant Federal Public Defender