JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
ISAAC C. WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 2:16-CR-00662 |
|---|---|---|
| Plaintiff, | : | |
| v. | : | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR REVIEW OF DETENTION |
| SCOTT RAY BISHOP, | : | |
| Defendant. | : | Judge Dee Benson |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this response to Defendant's motion for review of detention (Doc. 85). On July 26, 2018, Defendant filed a motion for a review of detention. Defendant moved the court to release him from the Bureau of Prisons' custody pending his appeal.

The United States intends to respond in writing. A written response by the United States will serve to fully apprise the court of the relevant facts and law. A written

1

response by the United States will also assist the parties in preserving the record for appeal.

The United States hereby requests 14 days from the date of Defendant's motion to file a memorandum in opposition thereto. Local Rule 12-1(b)(4) provides in relevant part, "Unless otherwise ordered by the court, a memorandum opposing a motion must be filed within fourteen (14) days after service of the motion." Although Rule 12-1 generally governs pretrial motions, the concept of granting opposing counsel sufficient time to file a formal response is similarly applicable here.

RESPECTFULLY SUBMITTED this 31st day of July, 2018.

JOHN W. HUBER
United States Attorney

/s/ *J. Drew Yeates*
J. DREW YEATES
Assistant United States Attorney